FILED

SEP 29 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| NANCY TAN PUA, | No. C 10-01315 EJD (PR) |
|---|---|
| Petitioner, | JUDGMENT |
| vs. | |
| RANDY TEWS, Warden, | |
| Respondent. | |

For the reasons stated in the order of dismissal, this action is DISMISSED. Judgment is entered accordingly.

The clerk shall close the file.

DATED: 9/28/11

EDWARD J. DAVILA
United States District Judge

Order of Dismissal

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

NANCY TAN PUA,

        Plaintiff,

v.

PAUL COPENHAVER et al,

        Defendant.

Case Number: CV10-01315 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 29, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Nancy Tan Pua PFN. No   ULG 056
REG. No 32844-112
Santa Rita Jail
5325 Broder Blvd.,
Dublin, CA 94568

Dated: September 29, 2011

        Richard W. Wieking, Clerk
        /s/ By: Elizabeth Garcia, Deputy Clerk